UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:15-cr-02002-SAB |
| Plaintiff, | |
| v. | |
| JOHN DAVID ALMAGUER | **ORDER DISMISSING** |
| Defendant. | **INDICTMENT** |

Upon oral motion by the Government and pursuant to Federal Rule of Criminal Procedure Rule 48(a), the Court hereby dismisses the Indictment, ECF No. 1, in the above-entitled matter as to John David Almaguer with prejudice.

Accordingly, **IT IS HEREBY ORDERED:**

The Indictment as to John David Almaguer, ECF No. 1, is **DISMISSED** with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 9th day of October 2015.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING INDICTMENT** # 1